UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60439-LEIBOWITZ

**ANDREE CAMPBELL,**

    *Plaintiff*,

v.

**JAPAN INN PLANTATION, LLC,**

    *Defendant*.

_____/

## ORDER

The parties filed a Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). [ECF No. 10]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs except as otherwise agreed in writing. *The Clerk of Court* is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on July 17, 2025.

                                                          DAVID S. LEIBOWITZ
                                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record